UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of the ESTATE OF
JULIUS H. GATER, a protected individual,
by his Guardian, JEANNE STARR GATER,

        Plaintiff,                      No. 09-CV-14186

vs.                                       Hon. Gerald E. Rosen

ALLSTATE INSURANCE COMPANY,

        Defendant.
_____/

ORDER DENYING MOTION OF MILLER & TISCHLER, P.C.
TO WITHDRAW AS COUNSEL FOR PLAINTIFF

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on       April 13, 2011

PRESENT:   Honorable Gerald E. Rosen
                    United States District Chief Judge

     This matter is presently before the Court on the March 28, 2011 Motion of Miller & Tischler, P.C. for leave to withdraw as counsel for Plaintiff. Defendant has responded to this Motion.

     Miller & Tischler, P.C., by Maureen Kinsella, have represented Plaintiff throughout the entire course of this litigation. Discovery has closed, all pretrial dispositive motions have been decided, and this matter is now scheduled for a Final Pretrial/Settlement Conference on April 21, 2011. Shortly after being served with Notice of the Final Pretrial Conference, Miller & Tischler filed this motion to withdraw.

The Court is not inclined to grant a motion to withdraw at such a late stage of litigation, absent exceptional circumstances.

Therefore,

IT IS HEREBY ORDERED that Miller & Tischler, P.C.'s Motion to Withdraw **[Dkt. #. 57]** is DENIED.  Counsel shall appear with their client at the Final Pretrial Conference as scheduled on April 21, 2011.

                                         s/Gerald E. Rosen
                                         Chief Judge, United States District Court

Dated:  April 13, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on April 13, 2011, by electronic and/or ordinary mail.

                                         s/Ruth A. Gunther
                                         Case Manager